5:21-CV-1199-MHH-GMB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

2021 SEP -1 A 11:00

Inmate Identification Number: 210809

Tayuan & Dewayne Campbell

(Enter above the full name of the plaintiff in this action)

> **NOTICE TO FILING PARTY**
>
> *It is your responsibility to notify the clerk in writing of any address change.*
>
> *Failure to notify the clerk may result in dismissal of your case without further notice.*

vs.

Sgt. L. Smith

Randle M. Owens

Lt. Caldwell

Warden I. W. Streeter

(Enter above full name(s) of the defendant(s) in this action)

I.  Previous lawsuits

   A.  Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
       Yes ( )        No (✓)

   B.  If the answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1.  Parties to this previous lawsuit:

         Plaintiff: _____

         Defendant(s): _____

2

2. Court (if Federal Court, name the district; if State Court, name the county)

_____

3. Docket number _____

4. Name of judge to whom case was assigned _____

_____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

6. Approximate date of filing lawsuit _____

_____

7. Approximate date of disposition _____

II. Place of present confinement __Limestone Correctional Facility__

A. Is there a prisoner grievance procedure in this institution?
Yes ( )     No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?     Yes ( )     No (✓)

C. If your answer is YES:

1. What steps did you take? _____

_____

2. What was the result? _____

_____

D. If your answer is NO, explain why not: __They don't have any grievance form for when the officers use use of force__

_____

_____

3

III. Parties.

In item (A) below, place your name in the first blank and place your present address in the second blank.

A. Name of Plaintiff(s) Tayuan Dewayne Campbell

Address Limestone Correctional Facility 28779 Nick Davis Rd. Harvest, Al 35749

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Randle M. Owens

Is employed as COJ

at Limestone Correctional Facility

C. Additional Defendants Sgt. L. Smith, Lt. Caldwell, Warden 1, W. Streeter

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. <u>Do not give any legal arguments or cite any cases or statues.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

I ask officer R. Owens for some toilett paper at 9:00 A.M on July 25, 2021. I set on my bed for about 30 to 40 min waiting on him to bring some back. So when he didn't come back with the toilett paper. I started to hitting on the door, because I needed to use the

4

bathroom real bad. When he did come to my cell door, He ask me what was wrong, as soon as I started talking he started spraying me with mase. I was just trying to get some help.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want him to pay for his wrong doing's the same way I have to pay. I want $15,000⁰⁰ for what they did to me.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

SIGNATURE

ADDRESS Limestone Correctional Facility 28779 Nick Davis Rd Harvest, Al 35749

AIS # 210809